Raymond B. Glaum, Appellant, v. Walter J. Cummings and Daniel C. Green, Receivers, et al., Trading as Chicago Surface Lines, Appellees.

Gen. No. 42,454.

opinion filed March 2, 1943.  Marion J. Hannigan, Jack L. Sachs and Harold G. Blake, for appellant; Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for appellees; William J. Flaherty, of counsel.  Opinion by JUSTICE FRIEND.  "Not to be published in full."